Supreme Court—Doryk v. Perth Amboy Bottling Co.

STEVE DORYK, BY HIS NEXT FRIEND, ET AL., PLAIN-
TIFFS, v. PERTH AMBOY BOTTLING COMPANY, DE-
FENDANT.

Submitted June 3, 1927—Decided November 18, 1927.

**Negligence—Verdict Held Neither Against Weight of Evidence
nor Excessive.**

On defendant's application for a rule to show cause why
plaintiffs' verdict should not be set aside.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the plaintiffs, *John E. Toolan.*

For the defendant, *Frank G. Turner.*

PER CURIAM.

This is an application for a rule to show cause, made by the
defendant, why plaintiffs' verdicts should not be set aside.
The application was first made to the trial judge, who denied
it.

The reasons advanced were (1) that the verdicts are ex-
cessive, and (2) that they are against the weight of the
evidence.

With respect to the latter reason it is sufficient to say that
a careful consideration of the evidence shows that the verdicts
are not against the weight of the evidence; that on the con-
trary they are plainly supported by a preponderance of the
evidence.

Now, with respect to the contention that the verdicts are
excessive, the evidence makes it quite plain that the verdict
in favor of the infant plaintiff for $4,000 and that in favor
of the mother of the boy for $500 are not excessive, but on
the contrary are moderate in amount.

The rule applied for is denied, with costs.